___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 15 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE DAVIS,<br><br>Defendant. | CASE NO. CR15 5010 RJB<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 15th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES ___XX___ NO _____**

ORDER ISSUING BENCH WARRANT – 1