UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA v. JAKE BUTTERFIELD, et al. | NO. CR 15-5010 RJB<br><br>Defendant Butterfield's Joinder of Motion to Continue Trial and PTM Deadline |
|---|---|

Jake Butterfield joins Defendant Cross's Motion to Continue the Trial and PTM Deadline (ECF 50).

By: /s/_____
PHIL BRENNAN, WSBA #25711*
Attorney for Mr. Butterfield; Date: 2/13/15

*Certificate of Delivery
I certify under penalty of perjury that today I filed this document on ECF.

Notice of Joinder        1        PHIL BRENNAN, Esq.
422 Yale Ave N. Ste B
Seattle, WA 98109
(206) 372-5881