FILED ___ LODGED
___ RECEIVED
FEB 26 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE DAVIS <br><br> Defendant. | NO. CR15-5010RJB <br><br> GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a drug offense with a maximum sentence of ten years or more, and serious risk the defendant will flee.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because there is probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing after a continuance of 3 days.

DATED this 26th day of February, 2015

Respectfully submitted,
ANNETTE L. HAYES
Acting United States Attorney

*s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2268
Fax: (206) 553-4986
Email: Ye-Ting.Woo@usdoj.gov