# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR15-5010RSM |
| v. | MINUTE ORDER |
| MICHELLE DAVIS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

The Appearance Bond executed September 14, 2015 is modified to remove the location monitoring condition and add the following condition:

The defendant shall comply with alcohol testing, using an alcohol testing device, as directed by the location monitoring specialist. The defendant shall comply with all program requirements and must contribute towards the costs of the service, to the extent they are financially able to do so, as determined by the location monitoring specialist.

DATED this 20th day of May, 2016.

WILLIAM M. McCOOL, Clerk

By  */s/ Lowell Williams*
Deputy Clerk to Hon. Ricardo S. Martinez

MINUTE ORDER - 1