The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MICHELLE DAVIS,<br><br>Defendant. | NO. CR15-5010 RAJ<br><br>**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGES BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM** |

The above-named defendant entered guilty pleas to Counts 1, 2, and 4 of the indictment pursuant to a plea agreement authorizing post-plea/pre-adjudication to enable the defendant's participation in the Drug Reentry Alternative Model (DREAM) program. A United States District Judge accepted the plea and maintained jurisdiction to enable defendant's participation in the DREAM program under which program defendant's compliance with the terms of supervision is overseen by the DREAM Executive Review Team.

The DREAM Executive Review Team, including the undersigned United States District Judge, has determined that defendant has successfully completed the DREAM program and therefore should receive the benefits specified in defendant's plea

ORDER TERMINATING DEFENDAN'TS PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
DAVIS/CR15-5010RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agreement. Therefore, based on defendant's successful completion of the DREAM program, in accordance with the terms of defendant's plea agreement:

IT IS HEREBY ORDERED that defendant's participation in the DREAM program is terminated.

IT IS FURTHER ORDERED that pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), on defendant's request, a fair and just reason having been demonstrated by defendant's successful completion of the DREAM program, that defendant's guilty pleas are withdrawn.

FURTHERMORE, IT IS ORDERED that pursuant to Federal Rule of Criminal Procedure 48(a), on motion of the government, good cause having been shown by defendant's successful completion of the DREAM program, that the criminal charges against defendant in the above-captioned case are dismissed with prejudice.

DATED this 17th day of March, 2017.

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*DAVIS*/CR15-5010RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970